# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| ANTHONY GORDON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:17-cv-00011 |
| ) | CHIEF JUDGE CRENSHAW |
| WIREMASTERS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures below of counsel for the parties, Plaintiff Anthony Gordon and Defendant WireMasters, Inc., have agreed and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice. All of the claims of Plaintiff are, therefore, dismissed with full prejudice against refiling. The parties shall bear their own attorney's fees, costs and expenses.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE